UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RAINERI CONSTRUCTION, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 11-CV-00085-NAB |
| PBJ'S INVESTMENTS, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

The Federal Deposit Insurance Corporation as receiver for Premier Bank, Jefferson City, Missouri (**FDIC-R**), filed a notice of Removal Pursuant to 28 U.S.C. § 1441(B) removing this matter from the Circuit Court of the Twenty-Second Judicial Circuit of Missouri on January 13, 2011. While the names of four defendants appear in the caption, it is unclear what parties remain in this case.

**FDIC-R IS HEREBY ORDERED** to identify each party to the litigation and to provide relevant contact information for each party.

Nannette A. Baker
UNITED STATES MAGISTRATE JUDGE

Dated this  22nd  day of February, 2011.